cal__sc____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUBEN DOMINGUEZ, an Individual, | ) | Civil No. 06cv2812 BEN (AJB) |
| Plaintiff, | ) | |
| v. | ) | ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |
| SAN DIEGO SPECIALTY PRODUCE, INC., a California corporation, et al, | ) | |
| Defendants. | ) | |

On March 14, 2007, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Paul Oudom, Esq., Khodadad Sharif, Esq., R Hernandez, interpreter and Ruben Dominguez on behalf of plaintiff; James Peterson, Esq. and John Llano, client representative on behalf of defendant.

A full and final settlement was reached of the entire action. The Settlement was placed on the record and is binding and judicially enforceable. The Court will hold a telephonic Settlement Disposition Conference for *April 13, 2007 at 9:30 a.m.* Plaintiff's counsel will initiate the conference call.

IT IS SO ORDERED.

DATED: March 15, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court