cal kmw

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN DOMINGUEZ, an Individual, | Civil No. 06cv2812 BEN (AJB) |
| Plaintiff, | |
| v. | Order Continuing Settlement Disposition Conference |
| SAN DIEGO SPECIALTY PRODUCE, INC., a California corporation, et al, | |
| Defendants. | |

Upon advice of counsel that the Joint Motion for Dismissal has been executed and will be filed in the immediate future, the Settlement Disposition Conference currently scheduled before Magistrate Judge Battaglia on April 13, 2007 is hereby continued to *April 19, 2007 at 9:30 a.m*. If the Dismissal is submitted prior to that date, the conference will be taken off calendar.

IT IS SO ORDERED.

DATED: April 12, 2007

Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court